UNITED STATES, Appellee

v.

WALTER SLAUGHTER, JR., Private, U. S. Army, Appellant

No. 28,525

January 10, 1975

*Colonel Victor A. DeFiori, Major Franklin D. Arness, Captain Steven J. McAuliffe, Captain Sammy S. Knight* and *Captain Leland M. Stenehjem, Jr.,* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel Ronald M. Holdaway, Lieutenant Colonel Donald W. Hansen, Captain Robert L. Powell* and *Captain Joel M. Martel* were on the pleadings for Appellee, United States.

### OPINION OF THE COURT

PER CURIAM:

This is a companion case to *United States v Driver,* 23 USCMA —, 49 CMR — (December 13, 1974). Because the same question concerning speedy trial is presented under comparable facts and circumstances, our holding in that case is dispositive. Accordingly, the decision of the Court of Military Review is affirmed.